■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAZZMIN D. WILLIAMS, Appellant. [774 NYS2d 347]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 22, 2002 (*People v Williams,* 296 AD2d 560 [2002]), affirming a judgment of the County Court, Dutchess County, rendered November 30, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Santucci, Luciano and Adams, JJ., concur.